# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 244 WAL 2016
:
Respondent  :
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
v.  :
:
:
:
RAYMOND LEROY ERWIN, JR.,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.